# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 60

In the Interest of D.H.

Adam D. Miller, PsyD,                                    Petitioner and Appellee

      v.

D.H.,                                                     Respondent and Appellant

## No. 20230057

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Reid A. Brady, Judge.

AFFIRMED.

Per Curiam.

Derek K. Steiner, Assistant State's Attorney, Fargo, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of D.H.**
**No. 20230057**

**Per Curiam.**

[¶1]   D.H. appeals from the district court's order continuing treatment.  On appeal, D.H. argues the finding he is mentally ill and a person requiring treatment is not supported by clear and convincing evidence.  In mental health commitment cases, we apply the more probing clearly erroneous standard of review.  *Interest of Doe*, 2019 ND 23, ¶ 4, 921 N.W.2d 403.  We conclude the district court's findings are not clearly erroneous.  We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr